```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0098--CR (RRB)
              "USA V RAMIRO GANDARILLA-QUINTANA"
                DEF 1.1 GANDARILLA-QUINTANA, RAMIRO

     Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 10/19/05
            Closed: NO
No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: U.S. Custody
        Trial date: 12/19/05
        Terminated: NO
Needs interpreter: YES
Counsel of record: Mary Jane Haden
                   Federal Public Defender
                   550 W. 7th Avenue, Suite 1600
                   Anchorage, AK 99501
                   907-646-3400
                   FAX 907-646-3480
                   Serve: YES
                    Type: FPD
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Thomas C. Bradley
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 GANDARILLA-QUINTANA, RAMIRO
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 8:1326(a)&(b)(2) REENTRY OF REMOVED ALIEN (F) | Pending |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A05-0098--CR (RRB)
                                 "USA V RAMIRO GANDARILLA-QUINTANA"

                                       For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 10/19/05
            Closed: NO
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/19/05 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - 1 | 10/20/05 | [Re: DEF 1] Issued WOA. |
| 2 - 1 | 10/20/05 | [Re: DEF 1] JDR Grand Jury Minutes re WOA to be issued; no bail set; def in INS custody, ACCE. |
| NOTE - 2 | 10/25/05 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 10/25/05. |
| NOTE - 3 | 10/26/05 | Notation: Proposed trial date setting for arraignment forwarded to chambers. |
| 4 - 1 | 10/26/05 | [Re: DEF 1] Financial Affidavit. |
| 3 - 1 | 10/27/05 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Argn on Indt (held 10/26/05); MJ Haden accepted appt; plea not guilty ct 1 of indt; pretrial motions due 11/15/05.  cc: USA, FPD, USM, USPO, Judge Beistline |
| 5 - 1 | 10/27/05 | [Re: DEF 1] JDR Order regarding preparation for trial; meet and confer by 10/28/05; pretrial motions due 11/15/05.  cc: USA, FPD |
| 6 - 1 | 10/27/05 | [Re: DEF 1] JDR Order of Detention Pending Trial.  cc: USA, FPD, USM, USPO |
| 7 - 1 | 10/27/05 | DEF 1 Attorney Appearance of M.J. Haden (FPD). |
| 8 - 1 | 10/27/05 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| 9 - 1 | 10/28/05 | [Re: DEF 1] RRB Minute Order setting trial by jury for 12/19/05 and Final PT Conf for 12/15/05 at 8:30 a.m. in Courtroom #2. cc: AUSA, FPD, USM, USPO, MJ ROBERTS, JC |
| 10 - 1 | 10/31/05 | [Re: DEF 1] Return of WOA executed on 10/26/05. |
| 11 - 1 | 11/02/05 | [Re: DEF 1] RRB Order appointing Yolanda Salazar-Hobrough as Interpreter for def at trial.  cc: AUSA, FPD, USM, USPO, MJ Roberts, Y. Salazar-Hobrough |