**FILED**

DEC 1 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

USA   v.   GANDARILLA-QUINTANA

DATE:   December 12, 2005    CASE NO.   A05-0098 CR (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING HEARING**

---

The final pretrial conference scheduled in this matter for December 15, 2005, is **RESCHEDULED** and will be held on **Tuesday, December 13, 2005, at 8:40 a.m.**, in Courtroom 2.

PD 12-12-05

RESCHEDULING HEARING

13