**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   RAMIRO GANDARILLA-QUINTANA

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                            CASE NO.  3:05-CR-00098-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: February 2, 2006

    Due to a scheduling conflict, the Imposition of Sentence set for Friday, February 17, 2006 at 10:00 a.m is VACATED, and RESET for Wednesday, February 15, 2006 at 11:00 a.m. in Courtroom 2, Anchorage, Alaska.

[]{IA.WPD*Rev.12/96}