DEBORAH M. SMITH
Acting United States Attorney

TODD MIKOLOP
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
E-mail: todd.mikolop@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  3:05-cr-98-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SUBSTITUTION** |
| vs. | ) | **OF COUNSEL** |
| | ) | |
| RAMIRO GANDARILLA-QUINTANA. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States Attorney's Office, by and through

Bryan Schroder, Assistant U.S. Attorney, and hereby enters a substitution of

counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following

address:


Todd Mikolop
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK  99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: todd.mikolop @ usdoj.gov


RESPECTFULLY SUBMITTED on this 2nd day of February, 2006, in

Anchorage, Alaska.


DEBORAH M. SMITH
Acting United States Attorney

s/Todd Mikolop
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
E-mail:todd.mikolop@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2006,
a copy of the foregoing Notice of Substitution
of Counsel was served electronically on:
MJ Haden


s/ Todd Mikolop