M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>RAMIRO GANDARILLA-QUINTANA,<br><br>               Defendant. | Case No. 3:05-cr-0098-RRB<br><br>**NOTICE OF FILING LETTER** |

      Defendant, Ramiro Gandarilla-Quintana, by and through counsel M. J. Haden, Staff Attorney, hereby files for the court's consideration a letter to the court from Sandra Lopez de Gandarilla.  Because Ms. Gandarilla's letter is written in Spanish, an English translation, prepared by Arturo Herrera, interpreter for the Federal Public Defender's office, is also attached.

///

///

///

DATED this 13th day of February, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on February 13, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Todd Mikolop, Esq.

/s/ M. J. Haden