Siudad Juarez Chihuahua Mexico
18 de octubre de 2005

A Quien coresponda

A Quien coresponda Ago constar Que mi esposo Ramiro Gandarilla Quintana Quien tiene a su madre enferma de diauetis la cual lla la enfermedad esta muy avansada ay Que acerle dialisis limpiarle la sangre dos veses por mes y es algo costozo mi esposo Ramiro es el unico Que corre con los gastos de ospital y medecinas sobre la enfermedad de su madre aparte aporte yo y sus tres hijos este año mi esposo Ramiro se miro muy ajustado de dinero y desidio hir per ultimas vez a travajar a Codiak Alaska en la pesca de salmón para asi poder pagar la curacion de mi suegra y sacar a nuestros tres hijos adelante, el es la unica persona de Quen tanto su madre como yo y sus tres hijas dependemos de el y rogamos Que por favor lo regresen a Mexico con nosotros lo mas pronto posible

ATTE Sandra López de Gandarilla

RECEIVED
JAN 4 2006
Sandra Gandarilla Letter -- Page 1 of 2
FEDERAL PUBLIC DEFENDER

Ciudad Juarez,
Chihuahua, Mexico.

October 18 2005

To whom it might concern:

I attest that my husband Ramiro Gandarilla Quintana has a mother ill with Diabetes in a very advance stage. She needs dialysis, blood cleaning twice per month and it is expensive. My husband Ramiro is the only one taking care of the hospital and medication expenses. Besides his ill mother he takes care of his three sons and me. This year my husband Ramiro got short with money and decided for the last time to go to Kodiak, Alaska and work fishing for salmon and be able to pay for the care of my mother in-law and support our three sons. He is the only person who his mother, his three sons and my self depend on. We ask you to please send him back to Mexico with us as soon as possible.

Sincerely yours.

Sandra Lopez de Gandarilla.