M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>RAMIRO GANDARILLA-QUINTANA,<br><br>                    Defendant. | Case No. 3:05-cr-0098-RRB<br><br>**NOTICE OF APPEAL** |


          Notice is hereby given that defendant Ramiro Gandarilla-Quintana appeals

to the United States Court of Appeals for the Ninth Circuit from the

          ( )     conviction only (Fed. R. App. P. 4(b)(1)(A)

          ( )     conviction and sentence

          (X)     sentence only (18 U.S.C. §3742)

          ( )     order of restitution entered in this action.

          The sentence imposed was 30 months incarceration, 3 years supervised

release, and a $100 special assessment.

DATED this 22nd day of February, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on February 22, 2006, a copy of the
foregoing document was served electronically on:

Todd Mikolop, Esq.

/s/ M. J. Haden