UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>RAMIRO GANDARILLA-QUINTANA,<br><br>Defendant - Appellant. | No. 06-30126<br>D.C. No. CR-05-00098-a-RRB<br><br>JUDGMENT |

RECEIVED
OCT 23 2006
CLERK, U.S. D...
ANCHORAGE, ALASKA

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 09/25/06

A TRUE COPY
ATTEST      10/19/06
CATHY A. CATTERSON
Clerk of Court
by:
Deputy Clerk